UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JILL ALWARD ) | 3:09CV1446(JBA) |
|     Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| DTG HOLDINGS, INC. d/b/a ACCESS ) | |
| RECEIVABLES MANAGEMENT ) | |
|     Defendant ) | OCTOBER 27, 2009 |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1), the plaintiff, Jill Alward, through her attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

**Plaintiff, Jill Alward**

By/s/Daniel S. Blinn
Daniel S. Blinn  (ct02188)
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
(860) 571-0408
Fax: (860) 571-7457
dblinn@consumerlawgroup.com

## CERTIFICATION

I hereby certify that on this 27th day of October, 2009, a copy of foregoing Notice of Dismissal with Prejudice was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                          /s/Daniel S. Blinn
                                          Daniel S. Blinn